U.S. DISTRICT FEDERAL COURT

300 South 6th Street, Fort
Pierce, Florida - 34950:

FILED by _____ D.C.

MAY 27 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

DATE: May, 27-2009.

**09-14167**

**CIV-MARTINEZ**

MAGISTRATE JUDGE
LYNCH

RE: BOBBY Colean Washington, pro-se

-VS- Dorothy Williams, Bertha Day,
Berthina Williams, Lonzo Washington,
Teresa Williams, Jackson Drugs, Doctor
Benita Thomas, DR. Syed Rahman, Doctor
Humayun Shareef, St. Lucie county Health
Department, Lawnwood Cancer center,
Sheriff Ken J. Mascara, And other
Under sobordent Sheriff, Ect. Al St.
Lucie county - 34950:

Conspiracy murder, murder, medical malpractice,
False Arrest, Falsely commitment mental Health
Facilities proscribing High Dosage Level medications,
I'ask this Federal Court Review this petition purs-
uant to Sostre-Vs-Rockefeller, 312 F. Supp. 863 1970.

-1-

To: Whom It May Concern

CRIMINAL Complaint Affidavit

Conspiracy Murder, Murder, Medical Malpractice, Medicade Fraud, Threatening Family, Tampering with Witness And Friends, $Cash Pays Hitman style Murder For Hire by police & Sheriff St. Lucie county-34950, Retaliation And Revenge because of Legal Success: :Date: May, 26-2009.

There Is A Wide spread Conspiracy by Doctors offices, Health Department Personel, St. Lucie county sheriff Deputies, Family members, & Friends. See, Names & Addresses Murders Following.

-1-

## Statement of Facts

Those Who have Conspired to murder me Bobby Glenn Washington, And To Rape And murder my cousin, Shelia Pater- son (Conelious) williams, Address: 2705 Essex Drive, Fort pierce, Fla-34946. And murder and Rape Conspiracy Against Mr. Washington Friend Girl Tekelia Jones Address: 3105 Juanita, Ave, Fort pierce Florida-34946. By, Dr. Benetia Thomas At: The St. Lucie county Health Department 714 Ave C, Fort pierce Fla. 34950. And Dr. Benitia Thomas, St. Lucie county Health Dept. 5150 N.W. Milner Drive Port St. Lucie Fla-34983. See Attach May, 12-2009. Labcorp clinical informat- ion Report, RE: Bobby Glenn Washington. THE Labcorp Report Shows, W.B.C.

-2-

White Blood count High 11.A. And Effective May-18-2009, THE Refer-ence interval For platelet count will be changing to: 0-7 days, 8-30 days, 31-30 days, 91 days to up 1 year, 1-7 years, 8-17 years The infection may spread in your Body before Death. All other clinical-information shows All other body function shows Low body parts functing At very Low Levels. Medipass provided, Dr. Beartia Thomas., St. Lucie county Health Dept. on May, 26-2009, Refuse Bobby G. Washington, Antibotic medications, For High Blood count, plus, Dr. Thomas. Refuse Mr. Washington medication Requests For High Blood presore, High colestrol, Diabetes, Eye medications. After Her Review of the Lab Report. See, Lab Report Attached. Also, Medipass Doctor, Humayun Shareef, 2100 Nabraska Ave, Suite 111, Fort Pierce, Fla 34950

-3-

Refuse to treat MR. Bobby Washington
For the same medical Reasons in
Labcorp Reports, plus, DR. SHAREEF
on 5/9/2009, sent MR. Washington
A Letter They will no-Longer be
his medical provider As of 5/9/09
but A Review of MR. Washingtons clinical
Recipient information shows 5/26/09
DR. SHAREEF Still MR. Washingtons medi
pass provider but medicade office
say that cannot be so. (conspiracy)
DR. SHAREEF, Never once treated MR.
Washington For Any medical Reasons
plus Destroyed All MR. Washingtons
medical Records to Hide The corruption.
see closure Letter From DR. SHAREEF
to MR. Washington Dated 4/9/2009.
Also, medipass provider DR. RAHMAN
Syed 801 S. Virginia Ave, Fort pierce
FIA-34950 walkin clinic Refuse to
Treat MR. Washington For infection And
other Derses, conspiracy murder.

4

Also, in 2009, 2-3 months Ago, Lawn
Wood cancer center, 1231 N. Lawn-
Wood circle, Fort pierce Fla-34950
told mr. washington He had an in-
fection in his Body somewhere, And
cancer Doctor did An Doctors office
(Biopsy) into the back of mr. Bobby
Glenn washington 2-3 months Ago, but
cancer Doctor Refuse sell or provide
mr. washington With copies And The
Results From the (Biopsy) Report but
instead, cancer Doctor injected
Dangerious chemical substances into
the back of mr. washington to slow
Death kill him. Then cancer Doctor
wrote a Letter to, DR. RAHMAN syed,
DR. OSWALD Benetiz, And DR. SHEREEF
that mr. washington is mentally insane
And No insight into medical injuries.
plus, cancer Doctor Never provided
Any Form of treatment For infection.

-5-

3. Also, SEE Attached MURDER RAMSOM Note FOR $100 million DALLORS( to, FAMILY members by the 22th, Listing Telephone No.s 1-866-680-4110, Exten: 498, Also, Telephone No. 18102032410 Ann Telephone No. 1-800-388-1972. RAMSON Note Given by St. Lucie county SHERIFF Deputies, To BROTHERS, Lonzo WASHINGTON, LARRY WASHINGTON, Joseph ISREAL WILLIAMS, Johnny C. BADgood, RALPh WASHINGTON, George WASHINGTON, SISTERS, GLORIA Roberts, ANNIE DORIS DAVIS, TERESA WILLIAMS, ANgielisA WASHINGTON ADDRESS: 2705 Kingsley DRIVE, FORT PIERCE FLA. 34946. Telephone 772-940 2484 - DOROTHY WILLIAMS, MOTHER Eat All $ PAID OFF by Doctors ANN COPS, to RECEIVE $ 200 million DALLORS UPON MR. BOBBY Glenn WASHINGTONS DEATH. SEE, Also, SECRET INSURRANCE POLICES

- 6 -

by, monumental Life Insurrance polices taken out on the Death of Mr. Bobby Glenn Washinton Given to, mother Dorothy Williams And other Family members, one Life Death insurrance police shows Mrs. Dorothy Williams, Borrowing money From the Insurrace company, on Mr. Washingtons Life: one Life Insurrace policy on Bobby Washington has insurrance Number G829077.

The other Insurrance Account Number Showing on Bobby Washington is NO: MM493396. to confuse investigators. plus, Dorothy Williams mother is Borrowing $ 1000's of Dallons off the sc insurrance polices, on Bobby Washington Life A Fraud, A murder plot conspiracy.

4. Also, Bobby Washingtons, Aunt, Beatha Day, And Beathita Williams, 2703

-7-

Kingsley Drive, Fort pierce, Fla-
34946. is part of the Co-cospirators
plus, Cherill Miller; A.K.A. Cherill
Banner her ~~Step~~ Her True Name
Cherill Banner, Lives Also in sheraton
plaza, 34946, Fort pierce Fla-34946.
And Cherill Banner, is A good Friend
of Bertha Day, Berthina Williams,
And Ms. Banner Visits, Bertha, Day,
And Berthina Williams Daily. And
Noticeblely, Cherill Banner Visited
Bertha Day And Berthina Williams,
on 5/25/2009. Just before the scheldored
Date of 5/26/2009. When Mr. Bobby
Washington was to catch yellow cab
for A medicare scheldored Trip Mr.
Washington was to make to the St.
Lucie county Health Dept. 5150 N. W.
milner Drive, port st. Lucie Fla-
34983. Bobbys Doctor Visit to see DR.

8-

BENITH THOMAS, But A Review of
The St. Lucie County Medicaid yellow
Cab Fare Refusal Slip Dated 5/26/
2009, Fare $100, Above Mr. Bobby Was-
Hingtons, Client signature Dated 5/26/09
Show THE yellow cab Driver Name
Appears to be Cherill Miller A.K.A.
True Name Cherill Banner: Cherill
Banner was Not the Driver of the
yellow cab that Day 5/26/09 Nor
Was Cherill Miller A.K.A. Cherill
Banner was Not on the yellow cab
Bus that Day, but After Further
Review of the St. Lucie County
Yellow Cab Medicaid Fare Refusal
Slip Dated 5/26/09, Shows the yellow
Cab Bus Driver to be Andrill Miller
Cherill Miller A.K.A. Cherill Banners
Son, both of whom Lives in Sheraton
Plaza - 349 #6 with Mr. Bobby Washington
But Cherill Miller Nor Andrill Miller Was

9.

Yellow cab Bus that Day. 5/26/09
so how can they be two Different
Drivers of Mr. Washingtons Appoint-
ment A conspiracy And A Front.
See, St. Lucie county Medicaid
Fare Refusal slip signed by Bobby
Washington 5/26/2009 (Attached):

5: See, Also, Mr. Bobby Glenn Washington
Client Demographic information sheet
1: Shows Dr. Shareef 5/26/09 still
Bobby Washington medipass provider
But Dr. Shareef closed out her
medical Treatment of Mr. Washington
on 5/9/2009.

6: It Also says Mr. Washington has
Sixty (60) Home Visits Remaining.
Mr. Washington has Never once
Received A Home Visit And by whom
this is A medical shamm Bobby Glean
Washington Needs Home Visits. medical shamm.

– 10 –

7: A Further Review OF the Client Demographic Information sheet (Hospice) DAYs Remaining (210) on the Life oF Mr. Washington. Dr. Benitia Thomas said to Bobby Washington Take this information Down thats How your FAMILY CERTAIN police sheriff is setting you up: THey HAVe YOUR sister Teresa Williams, And mother Dorothy William down As your medicade PROVIDERS And GUARDIANS taking Shots And ploits on your LiFe. YOUR SocIAl Security CHECk payee is you Bobby Washington, But social Security Disability Statement says you hAVe No Legal GUARDIAN you Get your check your own NAme social Security say you can Handle your own

-21-

Business.

8: Further Review of the clinical Demographic Information Sheet (Attached) Audiology EXAM Inpatient Days Remaining (45). How can this be mr. Bobby Washington has Never had An Audiology EXAM/ NOR is He in Any Inpatient Facility/ NOR does He have (45) days of Inpatient Remaining. mr. Washington has been And still is Living At: 2705 Kingsley Drive Sheraton plaza, Fort pierce Fla-34946. Daily For the Last two Years Not No Inpatient. st. Lucie county Health Dept. officials Say see this is How your mother Dorothy williams, Sister Teresa williams, Runt Bertha DAY Berthina williams, certain Doctors And certain police Sheriff Judling your Health

-12-

Information to set you up to kill you as if you recieving Home Care Visits/Audiology Exams, inpatient Days Remaining (45) and The Last Date you had Eye Glasses And It says on 4/9/2009 you Recieved A New pair of Eye Glasses Although you did Not see any Eye Doctor sense 2007, on 25th street, Fort pierce Fla-34946. And All you but is Reading Glasses to Read your Bible And conduct Your Legal Business sucessfully As you have many court petitions on Law inforcement And Family. And As even today you have Active Law suits And petitions in the courts. Bobby they setting you up you old cant Live Alone or you dying spend your Last Days in (Hospice) police

-12-

FAMILY DOROTHY WILLIAMS, TERESA WILLIAMS, BERTHA DAY, BERTHINR WILLIAMS, CERTAIN SHERIFF AND COURT REPORTER AND other FAMILY members trying to write you off for DEAD but you only have High Blood PRESURE, High colestrol, DIAbetes, AND A mildly High Blood count OF 11.1. which can be VERY EASILY TREATED once we gett your RECORDS FROM GREEN DAY MEDICAL E ONCOLOGY AND Hemotology. you'll be Just Fine LOOK At YOUR LAW Reports

9! HEALTH DEPT. OFFICIALS SAY BObby WASHington, police And FAMILY Still YOUR Identification. And take other people to Doctor Visits on your behalf to pretend they you to set you up Kill

-14-

MURDER you then put you in Hospice, MURDER you - Alledging you dying First than cops Family Murder DRAW Your Disability while you Dead. Like You told ~~~~ Social Security Disability

On March - 6th - 2007, to Investigate the mertious Death of your uncle LeRoy Washington, whom your mom Dorothy Williams, Bertha Day And other Family members put in A Mental Health Facility before He died to plan him For Crazy Every Family member had Death Life Insurance policies on the Death Of LeRoy Washington, Now they Drawing his Disability while Hes Dead, Thats what you told social security to Investigate you Not Crazy Bobby,

-15-

20: BOBBY WASHington you try tell
investigators they Got your uncle
HIPP WASHington in Hospice wait
on him to Die, Ductors cut OFF
All HIPP WASHintons Hands Feet
And TOEs Him cusing them people
out HIPP WASHington BOBBY WASHintor
Say DROVE TRActor TRAIleas FOR (21
YEARS) DONT DRink NOR smoke saved
his money Now Like LeRoy WASHington
Now LeROY BROTHer HIPP WASHington
LeRoy Dead / Now they wAit on HIPP
WASHington to die. DRAw his BeniFits,
Death Insurance polices, how can two
brothers Die or surfer back to back
the WASHington and william FAmily
BOBBY you say was Nothing with LeRoy
NOR HIPP, Family sat them up Now

— 16 —

Bobby Glenn Washington, Beatha DAY / Beathia Williams, / Johnny C. Badgood, Ralph Washington, Lonzo Washington, Gloria Roberts, Larry Washington, Joseph Isreal Williams, Teresa Williams Juggling And shamming your Medical Records with And At Doctors Offices And you Aint Even there Falsifying your Medical Record Files then Gone Play you by False mental Health Doctors You (CRAZY) insane? dving None Of which is true. Its your Family members Dorothy williams, Teresa williams, Joseph Isreal william who's Infecting you Hazardous Toxic chemicals they using in your Food, on the Floor, in your cloths And what

- 17-

They mopping and spreading on the Floors of your Bedroom and Home At: 2705 Kingsley Drive, Fort pierce Fla - 34950: Investigate Dorothy williams cell phone 772-940-2484.

12: Dr. Benita Thomas told Bobby Glenn washington you was smart when you ~~[redacted]~~ Refuse to sign a St. Lucie county Health Fmanical Informated sheet, to allow them to look into your social security Disability Benifit information so they can murder and kill you Like they killed your uncle Leroy washington and Dracwing his Disability while He Dead Now they ploiting on your Disability CHECK. See your moms Cell phone No: 772-940-2484, on your

-18-

Social Security Disability Benefit
Information. Bobby you Not
Crazy, you Refuse to sign on 5/26/
2009, to Allow the St. Lucie county
Health Dept. And your mom Dorothy
Williams Access you social security
Disability information. Bobby you
Refused to sign 5/26/09. And wrote
there Exists No Guardian over my
social security Benifits plus you
made Health Dept. officials give
you A copy of the Refuse which
Are Now passing on to Lawyers
See, Bobby Washington Financial Infor
Mation Health Dept. sheet, Refusal
signed 5/26/09. Bobby you Not
Crazy Nor Insane Like police And
Want to make people Believe you are.

-19-

16: BOBBY they try play you

for CRAZY mentally Insane

But show them your Documents
Bobby WASHington where you filed
Petetions And Lawsuits Against
SHeriff Ken J. MASCARA, And The
Florida supreme court said GRANTed:

17: Also, Bobby WASHington produce
the Jim Fewley, F.B.1. Professional Poligraph-Tests you passed
Against your four (4) complaints
you have with Lawinforcement.

18: Also, Bobby WASHington produce
March-28-2008 Florida supreme
court letter from the U.S. MARSHAls
Office the U.S. MARSHAl sent to
You Against Local Lawinforcement.

- 20 -

# Conclusion

Wherefore Based upon same Mr.
Bobby Glenn Washington Not crazy
Nor insane as cops/police/sheriff
say make you believe Destroy his
credibility. Further Investigate
these Doctors offices, Drug pharmacys,
Family members, & secret insurance policies

## Relief sought

That you save the Life stop the
Rape And Abuse by Gangs membeas
upon my cousin Shelia paterson
(Conelious) williams, 2705 Essex
Drive, Fort pierce Fla-34946.
And Rape Torture Death Treats on the
Life of my Friend girl Tekelia Jones
3105 Juanita Ave, Fort pierce Fla-
34946. All they did was Ride Bobby Round

RESPECTFULLY SUBMITTED

BOBBY Glenn WASHington
DATE OF BIRTH , /1958
50 S.#
-3974.
HOME ADDRESS: 2705 Kingsley
DRIVE, FORt pierce, FIA. 34946.

please send A Reply Response
Letter have No Phone GoD
Blessing Take CARe us All.

Signature: WASHington, Bobby Glenn.

- 22 -

CERTIFICATE OF SERVICE.

By U.S. copies to following Agencies.

1. St. Lucie county Health Dept. 714 Avenue C. Fort pierce Fla-34950:

2. DR. RAHMAN Syed, 805 S. Virginia Avenue, Suite #16, Fort pierce Fla-34950:

3. DR. HUMAYUN SHAROOF, 2100 NABRASKA Ave Suite 211, Fort pierce, Fla-34950:

4. DR. BENITA Thomas, St. Lucie county Health Dept. 5150 Nw milner DRIve, port St. Lucie county Fla-34983.

5. Lawnwood Cancer center, 1231 N. Lawnwood Circle, Fort pierce, Fla-34950:

6. Jackson Drugs pharmacy, 2301 Okeechobee Road, Fort pierce, Fla-34950:

7. Dorothy williams, Teresa williams, Lonzo Washington, Larry washington, Joseph Isreal williams, Johnny Cobad-good, Booney washington, George Washington, 2705 Kingsley DRIve, Fort pierce Fla-34950:

8. BERTHA Day, Beathina williams, Cherill miller A.K.A. CHERill BANNER, 2703 Kingsley DRIve, Fort pierce, Fla-34946.

signature Washington Bobby.

-23-

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
*Bobby Glenn Washington, pro se*

**DEFENDANTS**
*Sheriff Ken J. Mascara*
*Dorothy Williams, Ed, et, al.*

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

*2705 Kingsley Drive, F*
*Pierce, Fla 34946.*

**09-14167**
**CIV-MARTINEZ**
**MAGISTRATE JUDGE**
**LYNCH LUCI**

FILED by _____ D.C.

MAY 27 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*Cell # 772-940 2484*

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

*09CV14167 Martinez/Lynch*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): *42 U.S.C.*
*28 U.S.C. Section 1983*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): *May-27-2009*

JUDGE *Washington Bobby G.* DOCKET NUMBER

DATE *May-27-2009*

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____